IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH H. BOHR,

     Plaintiff,

v.                                  Case No. 3:07-CV-00745-J-32HTS

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, etc.,

     Defendant.

_____

SARAH H. BOHR,

     Plaintiff,                         Case No.:  3:07-CV-741-J-32MCR
vs.

FIRST AMERICAN TITLE INSURANCE
COMPANY, a California corporation.

     Defendant.

_____

AFFIDAVIT IN OPPOSITION TO DEFENDANTS'
MOTIONS FOR PARTIAL SUMMARY JUDGMENT

STATE OF FLORIDA

COUNTY OF DUVAL

     I, Heyward M. Cantrell, MAI, having been duly sworn, depose and say:

     1.     I am over the age of eighteen years and have personal knowledge of the matters stated herein.

     2.     I am a Member of the Appraisal Institute and am a licensed real estate appraisal in Florida and Georgia.  My professional qualifications are described more fully in Exhibit "A" attached hereto.

3.      I have performed appraisals of Unit A and Unit B of the Bluffs Cluster Condominium, a three unit condominium, and the written reports of those appraisals have previously been filed with the Court in support of Plaintiff's Motion for Summary Judgment.

4.      In those appraisals I expressed the opinions that the highest and best use of each unit was assemblage with the other two condominium units, and that the diminution in value to both Unit A and Unit B caused by the modification of the pool easement ranged from $1,526,400 to $1,691,750, depending on whether the pool easement (without the modification) would have terminated immediately or on February 2, 2019.

5.      While I continue to believe that the diminution in value to the assemblage is the proper measure of the diminution in value to each individual unit (because each unit is essential to the assemblage), I understand that the language of the title insurance policies may be interpreted to require that a portion of the loss to the assemblage be assigned to each of the three units in the condominium.

6.      Given that assumption, it is my professional opinion that it is reasonable to assign the diminution in value to the assemblage equally to each of the three condominium units in Bluffs Cluster Condominium, which would yield a diminution in value of Unit A ranging from $508,800 to $563,916.67 and a diminution of value of Unit B in the same range.

7.      The following facts support this opinion:

(a)      Each of the three units is equally essential to the assemblage;

(b)      Title to each of the three units includes an undivided one-third interest in the common elements of the condominium, including the land on which the condominium building and the pool area are located;

2

(c)     Under the Declaration of Condominium, the owners of the three units have an equal vote in any decision by the condominium owners to terminate the Declaration of Condominium,

(d)     Under the Declaration, after termination of the condominium, each unit owner becomes a tenant in common with an undivided one-third share in the condominium property and all assets of the condominium association; and

(e)     Existing differences in the three condominium units, such as square footage, are irrelevant to the value of the property if it is put to its highest and best use, i. e., demolition of the structure and the pool and sale as two 75-foot oceanfront lots.

Dated this **26** day of February, 2008.

_____
HEYWARD M. CANTRELL

STATE OF FLORIDA

COUNTY OF DUVAL

The foregoing instrument was sworn to and subscribed before me on this **26th** day of February, 2008, by Heyward M. Cantrell, who (check one) ✓ is personally known to me or has produced _____ as identification and who did/did not take an oath.

_____
Print name: Pamela B. Emmi
Notary Public, State of Florida
My commission expires: 5/23/2010
[Notarial Seal]



Notary Public State of Florida
Pamela B Emmi
My Commission DD529297
Expires 05/23/2010

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Joseph O. Stroud, Jr., Esquire, Rogers Towers, P.A., 1301 Riverplace Boulevard, Suite 1500, Jacksonville, Florida 32202 and Ernst A. Bell, Esquire, Foley & Lardner, LLP, P. O. Box 240, Jacksonville, Florida 32201, this __28__ day of February, 2008.

DALE, BALD, SHOWALTER, MERCIER & GREEN, P.A.

William A. Bald
Florida Bar No. 167466
Howard L. Dale
Florida Bar No. 126771
200 West Forsyth Street, Suite 1100
Jacksonville, Florida 32202
Phone: 904-355-1155; Fax: 904-355-1520
Attorneys for Plaintiff

**PROFESSIONAL QUALIFICATIONS**
**HEYWARD M. CANTRELL, MAI**

## PROFESSIONAL DESIGNATIONS and MEMBERSHIPS

MAI – Member, Appraisal Institute
Florida Certified General Appraiser – License No. RZ 1051
Georgia State Certified General Appraiser – License No. CG 3802
Registered Real Estate Broker, State of Florida
Member of the Urban Land Institute

## EDUCATION

Graduate, University of Florida
BSBA Degree – Major in Finance          1966
MBA Degree – University of Florida      1969

## APPRAISAL EXPERIENCE

Over 30 years experience in appraising commercial real estate throughout Florida, with an emphasis on complex commercial litigation, (when real estate value is an issue) eminent domain, and ad valorem tax cases. Approved appraiser for most large commercial banks in Northeast Florida.

### Additional Professional Experience

- The development of over 25 real estate projects whose value exceeded $163,000,000. These projects included oceanfront resort condominiums, hotels and motels, apartment complexes, suburban office buildings, medical office buildings, historical properties, single family subdivisions, and industrial buildings.

- 24 years experience in the management and leasing of most types of income producing properties, including:

  | | |
  |---|---|
  | Hotels | Office Buildings |
  | Apartments | Medical Buildings |
  | Shopping Centers | Restaurants |

- Appointed receiver for 25 commercial properties which have been the subject of foreclosure or bankruptcy proceedings. Receiver duties included the management and leasing of the properties until a resolution can be reached by the court system.

- 8 years experience in the production and placement of all types of real estate financing for income producing properties across the nation.

- Adjunct Professor of Real Estate - University of North Florida.

- Selected as member of arbitration panel to resolve contractual dispute regarding lease agreements.

- Over 25 years experience in the brokerage of all types of commercial real estate.